# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **JUDGMENT IN A CRIMINAL CASE** |
| vs. | |
| **SAMANTHA ROWLANDS** | Case Number: 7:07-CR-177 (GHL) |

Seth Buchman, Esq. (CJA)
Attorney for Defendant

## THE DEFENDANT ENTERED A PLEA OF:

XX  guilty __ nolo contendere] as to count(s)   1

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Theft of Government Property in violation of Title 18 United States Code, Section 641.

**DATE OFFENSE CONCLUDED:** March 3, 2007

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $300.00 and special assessment of $25.00. The total amount of the fine and special assessment amounts to $325.00, payable no later than February 14, 2008. Payment shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

_November 14, 2007_
Date of Imposition of Sentence

_November 29, 2007_
DATE SIGNED

_[signature]_
GEORGE H. LOWE
U.S. Magistrate Judge